JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SUCCAR,<br><br>    Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR AMERICA, et al.,<br><br>    Defendants. | Case No. CV 20-11812-GW-PDx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff's Notice of Dismissal [24], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: July 1, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE